**Motion Granted; Order filed November 6, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00386-CR
_____

**RODNEY ROCHELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1383622**

## ORDER

On July 30, 2014, Carol Castillo, the substitute court reporter for the 176th District Court, filed the reporter's record in this case. On the same day this court notified Ms. Castillo that the record was incomplete. The exhibits volume does not contain the exhibits admitted at trial. No supplemental reporter's record was subsequently filed.

On November 3, 2014, appellant filed a motion to extend time to file his

brief in which he alleged that he cannot complete his brief with an incomplete record. Appellant's motion is granted. Accordingly, we issue the following order:

We order Carol Castillo, the court reporter, to file a supplemental reporter's record in this appeal on or before **December 8, 2014.** Appellant's brief is due seven days after the supplemental reporter's record is filed.

PER CURIAM